UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSON and TONI PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 4:17-CV-05137-HSG<br><br>[The Honorable Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING WELLS FARGO BANK N.A. 'S REQUEST TO EXTEND THE MEDIATION COMPLETION DATE** |

The Court, having read the request to extend the mediation completion date and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The Parties' second request to extend the mediation completion date to June 8, 2018 is GRANTED.

Dated: April 3, 2018

_Haywood S. Gilliam Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE