IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSON and TONI PETERSON,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, and CLEAR RECON CORP,

    Defendants.

No. C 19-00547 WHA

**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12, the above-captioned case is hereby **REFERRED** to the Honorable Haywood S. Gilliam, Jr. for consideration of whether it is related to *Peterson v. Wells Fargo Bank, N.A.*, Case No. 17-cv-05137.

**IT IS SO ORDERED.**

Dated: March 12, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE